**DISMISS and Opinion Filed October 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-19-00770-CV**

---

**IN THE INTEREST OF E.A.H., A CHILD**

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52060-2015**

---

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellants' brief is overdue. On September 25, 2019, we directed appellants to file their brief by October 7, 2019. We cautioned appellants that failure to file a brief by that date would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190770F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF E.A.H., A CHILD

No. 05-19-00770-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-52060-2015.
Opinion delivered by Chief Justice Burns, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Louanna Fowler recover her costs of this appeal from appellants Timothy and Teresa Head.

Judgment entered October 29, 2019